IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 8:18CV423<br><br>JUDGMENT |

The defendant has made an offer of judgment, (see ECF No. 11), and the plaintiff has accepted, (see ECF No. 12).

Accordingly, pursuant to Fed. R. Civ. P. 68(a), the Clerk of Court enters judgment, consistent with the parties' offer and acceptance.

Dated this 13th day of December, 2018.

OFFICE OF THE CLERK:

By: _____
Deputy Clerk